**96–2133.  In re Belock.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Dale John Belock, Attorney Registration No. 0031806, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of October 18, 1996, to wit: failure to file an affidavit of compliance on or before November 18, 1996.

**96–2178.  In re Resignation of DePalma.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Philip N. DePalma, Attorney Registration No. 0019595, last known address in Scottsdale, Arizona, is found in contempt for failure to comply with this court's order of October 18, 1996, to wit: failure to file an affidavit of compliance on or before November 18, 1996.

*Tuesday, May 13, 1997*

## MOTION DOCKET

**97–831.  Clagg v. Baycliffs Corp.**

Ottawa App. No. OT–96–023.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's motion for injunction pending appeal,

IT IS ORDERED by the court that the motion for injunction pending appeal be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**96–330.  Cherovsky v. St. Luke's Hosp. of Cleveland.**

Cuyahoga App. No. 68326.  This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–848.  In re Guardianship of Bolin.**

Miami App. No. 96CA30.  This cause is pending before the court as a discretionary appeal.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, May 14, 1997*

## MERIT DOCKET

**97–389.  State ex rel. Fairbanks v. Ohio Adult Parole Auth.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–432.  State ex rel. Jackson v. State.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–467.  State ex rel. Sprout v. Gowdown.**

In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.